OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02
000140626 JUL 08 2015
000.27⁵

7/2/2015
**BUSH, CASEY AKA BUSH, CASEY ADARRELLS**
Tr. Ct. No. W06-86251-J (A)                                      WR-83,508-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RTS

Abel Acosta, Clerk

Discharged

RETURN TO SENDER
COVER LEFT NO ADDRESS
Do not remail in this envelope

CASEY BUSH
HUTCHINS UNIT - TDC # 1970223
1500 E. LANGDON RD.
DALLAS, TX 75241